UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

CARL R. SEIDER, )
)
Plaintiff, )
)
v. ) No.: 3:06-CV-215
) (VARLAN/SHIRLEY)
TIMOTHY HUTCHISON, et al., )
)
Defendants. )

## JUDGMENT ON DECISION BY THE COURT

This civil action came before the Court, Honorable Thomas A. Varlan, United States

District Judge, presiding. The issues having been heard and a decision having been rendered,

It is **ORDERED** and **ADJUDGED** that plaintiff shall take nothing, and that the action

be **DISMISSED WITH PREJUDICE**.

Dated at Knoxville, Tennessee, this 30th day of January 2007.


s/ Patricia L. McNutt
CLERK OF COURT